

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2019

No. 04-19-00600-CV

**IN THE ESTATE OF RAMONA MORENO, DECEASED,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017PB7000034-L2
Honorable Victor Villarreal, Judge Presiding

# O R D E R

On November 4, 2019, this court received Appellants' brief. The brief violates Texas Rule of Appellate Procedure 38 in that it does not include record references in the statement of facts. While substantial compliance with Rule 38 is sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

We, therefore, ORDER Appellants Teresa Rodriguez, Josefina Gutierrez, Evangelina Galvan to file an amended brief within fifteen days from the date of this order. If the amended brief does not correct the violations, we may strike the brief and prohibit appellants from filing another. *See* TEX. R. APP. P. 38.9(a); *see also id.* 42.3(c) (allowing dismissal of appellant's appeal if appellant fails to comply with a requirement of the Texas Rules of Appellate Procedure or an order of this court).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court